UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| In Re: | |
|---|---|
| JOSEPH R. JACKSON, | NO:   MC-13-007-RMP |
| LAWYER, | ORDER REFERRING CASE TO CHIEF JUDGE PETERSON |

**IT IS HEREBY ORDERED**:

A Report and Recommendation has been entered in this matter. Therefore, pursuant to LR 83.3(f), this matter is referred to Chief Judge Peterson for further proceedings.

///

///

///

///

///

ORDER REFERRING CASE TO CHIEF JUDGE PETERSON ~ 1

1   The District Court Clerk is hereby directed to enter this Order and furnish

2   copies to Mr. Jackson and Chief Judge Peterson.

3   **DATED** November 21, 2013.



THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

ORDER REFERRING CASE TO CHIEF JUDGE PETERSON ~ 2