UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: JOSEPH R. JACKSON | NO: MC-13-7- RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      This matter is before the Court pursuant to Local Rule 83.3 of this court and pursuant to a referral by the Bankruptcy Court asserting that the conduct of attorney Joseph R. Jackson may warrant disciplinary action by reason of his failure to comply with Orders of the Bankruptcy Court and violation of the Rule of Professional Conduct (RPC) of the Washington State Bar Association.

      The matter was referred to U.S. District Judge Thomas O. Rice for initial consideration. Judge Rice conducted a hearing, considered the record, and issued a Report and Recommendation, ECF No. 8. Mr. Jackson filed a Response to the Report and Recommendation, ECF No. 10. Pursuant to Local Rule 83.3(f), the Chief Judge and two randomly selected District Judges, Senior Judge Justin L. Quackenbush, and Senior Judge Robert H. Whaley, convened to make a final determination in this matter.

ORDER ~ 1

The three judge panel considered the entire record in this matter, including Judge Rice's Report and Recommendation and Mr. Joseph R. Jackson's objection to Judge Rice's Report and Recommendation.  The Panel concluded that no additional submissions or hearings were required.  This Order memorializes the Panel's determination.

**IT IS HEREBY ORDERED:**

The Panel adopts the Report and Recommendation, ECF No. 8, in its entirety.  As set forth in the Report and Recommendation, the Panel finds that Mr. Jackson failed to comply with Orders of the Bankruptcy Court and violated the Rules of Professional Conduct of the Washington State Bar Association based upon the Findings in the Report and Recommendation.

Mr. Joseph R. Jackson is suspended from the practice of law before the United States Courts of the Eastern District of Washington for a period of six months beginning January 20, 2014.  The Court will report this decision to the Washington State Bar Association.

/ /

/ /

/ /

/ /

/ /

ORDER ~ 2

**IT IS SO ORDERED.**  The District Court Clerk is hereby directed to enter this Order and provide copies to Mr. Jackson and the Washington State Bar Association.

**DATED** this 23rd day of December 2013.

                                         *s/ Rosanna Malouf Peterson*
                                       ROSANNA MALOUF PETERSON
                                       Chief United States District Judge

                                       *s/ Justin L. Quackenbush*
                                       JUSTIN L. QUACKENBUSH
                                       Senior United States District Judge

                                       *s/ Robert H. Whaley*
                                       ROBERT H. WHALEY
                                       Senior United States District Judge